40 Cal.Rptr. 69, 394 P.2d 813]

[Crim. No. 8149.   In Bank.   Aug. 27, 1964.]

In re CHARLES EARL BRUBAKER on Habeas Corpus.

Quentin Ogren and Benjamin Kagan for Petitioner.

Stanley Mosk, Attorney General, and Robert R. Granucci, Deputy Attorney General, for Respondent.

THE COURT.—The writ is granted as to the penalty trial of petitioner. The remittitur issued in Crim. No. 6448, *People v. Brubaker,* 53 Cal.2d 37 [346 P.2d 8], is recalled and the judgment imposing the death penalty is reversed insofar as it relates to the penalty.   In all other respects the judgment is affirmed.   Petitioner is remanded to the custody of the Superior Court in and for the County of Los Angeles for a new penalty trial.

This order is final forthwith.

McComb, J., dissented.